**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

November 15, 2017

**LETTER ORDER**

Re:   **Goins v. Newark Housing Authority**
      **Civil Action No. 15-2195 (KM)**

Dear Counsel:

The telephone status conference scheduled in this matter for **December 8, 2017 at 11:00 AM** is adjourned to **December 20, 2017 at 10:30 AM**. Counsel for Defendant shall initiate the call.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　   s/ James B. Clark, III
                                            **JAMES B. CLARK, III**
                                            **United States Magistrate Judge**